```
                                                    CLERK US DISTRICT COURT
                                                    NORTHERN DIST. OF TX
                                                         FILED
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS    2019 OCT -3   PM 3: 33
DALLAS DIVISION

DEPUTY CLERK ___M/a___

| | | |
|---|---|---|
| JOSHUA MICHAEL DANNEWITZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 3:19-CV-02149-X |
| v. | § | |
| | § | |
| FORT WORTH POLICE | § | |
| DEPARTMENT, et al., | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

The Court considers the report of the United States Magistrate Judge in this action, which was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.

In his complaint [Doc. No. 3], the plaintiff alleges that the Tarrant County Sheriff's Department, the Fort Worth Police Department, and Detective Jackson of the Fort Worth Police Department violated his constitutional rights. Specifically, the plaintiff alleges the Fort Worth Police Department and Detective Jackson worked in concert to deprive him of these rights by arresting, investigating, and prosecuting him. The plaintiff also alleges the Tarrant County Sheriff's Department committed misprision of felony by imprisoning him in a prison operated by the Texas Department of Criminal Justice. Additionally, the plaintiff alleges that Detective Jackson further violated his constitutional rights by continuing to interrogate the plaintiff after the plaintiff vocalized he wanted an attorney present. On September 12, 2019, the Magistrate Judge entered proposed findings of fact and

recommendations [Doc. No. 6] that the Court should transfer this case sua sponte to the Fort Worth Division of the Northern District of Texas.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Court hereby **TRANSFERS VENUE** of this case to the Fort Worth Division of the Northern District of Texas.

**IT IS SO ORDERED** this 3rd day of October 2019.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE